# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO

## CASE NO. 6:26-cv-01006-CEM-DCI

BENJAMIN D. TARVER,

     Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,
LLC,

     Defendant.

                                  /

## EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant EQUIFAX INFORMATION SERVICES LLC, ("Equifax"), by and through its undersigned counsel, hereby files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, stating as follows:

1. Plaintiff's Complaint was filed in the Middle District of Florida, Orlando on May 12, 2026.

2. Equifax was served with the Complaint on May 15, 2026.

3. Equifax's response to Plaintiff's Complaint is due June 5, 2026.

4. Equifax requests an extension of time to respond to the Complaint

010-9346-4811/1/AMERICAS

through and including July 6, 2026 in order for Equifax to further review the allegations in Plaintiff's Complaint and for the parties to potentially engage in settlement negotiations.

5.    Plaintiff consents to this motion.

6.    The request is made in good faith and not for the purpose of delay.

7.    Equifax respectfully submits that the foregoing circumstances constitute good cause and warrant granting the extension requested.

WHEREFORE, Defendant Equifax Information Services LLC requests entry of an order granting it an extension of time up to and including July 6, 2026, within which to respond to the Complaint.

## <u>MEMORANDUM OF LAW</u>

Rule 6(b) provides that the Court may grant extensions of time at any time in its discretion for cause shown. Fed. R. Civ. P. 6(b). Where, as here, the request for extension is made prior to the expiration of the specified of time, no finding of excusable neglect is required. *Id.* Equifax Information Services LLC respectfully submits that good cause has been shown because the extension is requested in order to thoroughly review Plaintiff's allegations in the Complaint and to potentially engage in settlement negotiations.

---

- 3 -

## <u>RULE 3.01 CERTIFICATION</u>

As required by Local Rule 3.01(g), Equifax has conferred with Plaintiff,

who has advised that Plaintiff does not oppose the requested extension of time.

DATED: June 3, 2026                    Respectfully submitted,

                                       SQUIRE PATTON BOGGS (US) LLP

                                       By: /s/ *Jason Daniel Joffe*
                                       Jason Daniel Joffe
                                       Florida Bar No. 0013564
                                       200 S. Biscayne Blvd., Suite 3400
                                       Miami, FL 33131
                                       Telephone: (305) 577-7000
                                       Facsimile:  (305) 577-7001
                                       Email:jason.joffe@squirepb.com

                                       *Counsel for Defendant Equifax Information*
                                       *Services LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record, and that a true and correct copy of the foregoing has also been furnished by U.S. Mail and electronic mail to the following on this 3rd day of June, 2026.

Benjamin D. Tarver
450 South Orange Avenue3rd Floor
Orlando, FL 32801
Litigation@civilfilings.com

                                       /s/ *Jason Daniel Joffe*
                                       Jason Daniel Joffe

- 4 -